UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff/Respondent, | ) | Crim. No. 6:16-cr-00017-GFVT-EBA |
| | ) | Related Civil No.: 6:18-cv-00099-GFVT-EBA |
| v. | ) | |
| | ) | |
| SANTOS HERNANDEZ-HERNANDEZ, | ) | |
| | ) | **ORDER** |
| Defendant/Petitioner. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

The matter is before the Court upon the Status Report filed by the United States regarding Petitioner Santos Hernandez-Hernandez. [R. 35.] In April 2018, Mr. Hernandez filed a pro se Motion to Vacate under 28 U.S.C. § 2255. [R. 24.] Hernandez argued that his sentence was procedurally unreasonable because (1) the District Court offered no reason for imposing consecutive sentences, and (2) failed to acknowledge it had discretion to impose concurrent sentences. *See id.* Magistrate Judge Edward B. Atkins prepared a Recommended Disposition for this Court, in which he recommended Hernandez's motion be denied. [R. 32.] The Recommended Disposition was mailed to Hernandez, but was returned undeliverable. [R. 33.] Subsequently, Judge Atkins learned that Hernandez may be deceased, and ordered the United States to investigate the matter and file a Status Report on or before March 6, 2019. [R. 34.] On March 5, 2019, the United States filed a Status Report indicating that Mr. Hernandez died on June 28, 2018. [R. 35.]

This Court cannot afford habeas relief to a petitioner who is deceased. "The death of an inmate during the pendency of his or her habeas petition in federal court renders the habeas action moot and deprives the federal court of jurisdiction over the case." *Waclawski v. Romanowski*, 2013 U.S. Dist. LEXIS 21785, *3 (E.D. Mich. Feb. 19, 2013)(*citing Hailey v.*

*Russell*, 394 U.S. 915 (1969)). Accordingly, and the Court being otherwise sufficiently advised, Defendant Santos Hernandez-Hernandez's Motion to Vacate under 28 U.S.C. § 2255 **[R. 24]** is **DENIED AS MOOT.**

This the 7th day of May, 2019.

Gregory F. Van Tatenhove
United States District Judge